IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| PAMELA J. HULING,<br><br>　　　Plaintiff,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC.<br><br>　　　Defendant. | Case No. 3:11-cv-03051-DEO<br><br><br>STIPULATED DISMISSAL WITH PREJUDICE |

COME NOW Plaintiff Pamela Huling and Defendant Winnebago Industries, Inc. and pursuant to Rule 41(a)(1)(A)(ii) stipulate to the dismissal with prejudice of this action. Each party will be responsible for its own costs and attorney fees.

Dated: September 20, 2012

  /s/ Timothy Lapointe  
Timothy L. Lapointe
Courtside Offices
23 3rd Street NW
P.O. Box 525
Mason City, IA 50402-0525
Telephone: 641-424-4333
Facsimile: 641-423-2773
E-mail: lapointelaw@mchsi.com

  /s/ Deborah M. Tharnish  
Deborah M. Tharnish  AT0007858
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-288-2500
Facsimile: 515-243-0654
E-mail: DeborahTharnish@davisbrownlaw.com
ATTORNEY FOR DEFENDANT

  /s/ Mary Jane Lapointe  
Mary Jane Lapointe
Lapointe Law Firm, P.C.
One North Pennsylvania Street
Suite 730
Indianapolis, IN 46240
Tele: 317-829-5870
Fax: 317-829-5871
Email: maryj@lapointelawfirm.com

ATTORNEYS FOR PLAINTIFF

#2240230